**Tim A. Pori (SBN 189270)**
LAW OFFICES OF TIM A. PORI
521 Georgia Street
Vallejo, CA   94590
Telephone: (707) 644-4004

Attorney for Defendant AGUILAR LARA

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-S-09-0358 WBS |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXCLUDE TIME** |
| ERIK F. AGUILAR LARA | |
| Defendant. | |
| _____/ | |

The parties hereby stipulate that the status conference in this case be continued from August 29, 2011, to October 11, 2011, at 8:30 a.m.  The parties stipulate that the time between August 29, 2011, and October 11, 2011, should be excluded from the calculation of time under the Speedy Trial Act.  The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4.  Specifically, counsel for defendants needs additional time to review the discovery and investigate the case.  Therefore the parties have stipulated to continue the status conference in this case. The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

18 U.S.C. § 3161 (h)(7)(A).

                            Respectfully submitted

Date: August 25, 2011                    /s/   Tim A. Pori
                                      TIM A. PORI
                                      Attorney for Defendant AGUILAR LARA

Date: August 26, 2011                    /s/ Heiko Philipp Cpppola
                                      HEIKO PHILIPP COPPOLA
                                      Assistant U.S. Attorney

Date: August 25 , 2011                   /s/ Michael Petrik
                                      MICHAEL PETRIK
                                      Attorney for Defendant JOSE ZAPIEN

Date: August 25, 2011                    /s/ Gilbert Roque
                                      GILBERT ROQUE
                                      Attorney for Defendant RAMIRO SUAREZ

Date: August 25,  2011                   /s/ Olaf Hedberg
                                      OLAF HEDBERG
                                      Attorney for Defendant JOSE FERNANDEZ

Date: August 25, 2011                    /s/ Clemente Jimenez
                                      CLEMENTE JIMENEZ
                                      Attorney for Defendant JOSE GUTIERREZ

Date: August 25,  2011                   /s/ Ruben Munoz
                                      RUBEN MUNOZ
                                      Attorney for Defendant ADOLFO ALVAREZ

**ORDER**

IT IS HEREBY ORDERED that the Status Conference in the above-entitled matter is continued to October 11, 2011, at 8:30 a.m. before the Honorable William Shubb.

Dated:  August 28, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE