**Tim A. Pori (SBN 189270)**
**John F. Baumgardner (SBN 275674)**
LAW OFFICES OF TIM A. PORI
521 Georgia Street
Vallejo, CA   94590
Telephone: (707) 644-4004
Facsimile: (707) 644-7528

Attorneys for Defendant ERIK F. AGUILAR LARA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:09-cr-00358-07 WBS |
| Plaintiff, | |
| vs. | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE JUDGMENT & SENTENCING** |
| ERIK F. AGUILAR LARA, | |
| Defendant. | |
| _____/ | |

The parties hereby stipulate that the Judgment & Sentencing hearing in this case be continued from Monday, November 5, 2012, at 9:30 a.m. to January 22, 2013, at 9:30 a.m.  The parties further stipulate that the disclosure and filing schedule in this case be modified according to the Judgment and Sentencing date   The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4.  Specifically, due to a late PSR interview between Probation Officer Lynda Moore and defendant Lara which occurred on September 26, 2012, more time is required for the completion of the proposed pre-sentence report and for all counsel to create and file any and all related documents after the disclosure of said proposed pre-sentence report.

1

1 Therefore, to allow adequate time for the completion and disclosure of said proposed pre-
2 sentence report and any and all filings all counsel may submit to the court following said
3 disclosure, the parties have stipulated to continue the Judgment & Sentencing hearing in
4 this case and have further stipulated to the modification of the disclosure and filing
5 schedule therefrom.  The parties stipulate and agree that the interests of justice served by
6 granting this continuance outweigh the best interests of the public and the defendant in a
7 speedy trial.  18 U.S.C. § 3161 (h)(7)(A).

8       The parties further request that the Judgment & Sentencing hearing be taken off
9 the November 5, 2012 calendar before Judge William B. Shubb and be rescheduled for
10 January 22, 2013, at 9:30 a.m. before Judge Shubb.

Respectfully submitted

LAW OFFICES OF TIM A. PORI

Date: October 22, 2012          /s/ Tim A. Pori
TIM A. PORI
Attorney for Defendant ERIK LARA

Date: October 22, 2012          /s/ Richard Bender (Authorized 10/22/2012)
RICHARD BENDER
Assistant United States Attorney

Date: October 22, 2012          /s/ Lynda Moore (Authorized 10/22/2012)
LYNDA MOORE
U.S. Probation Officer, Eastern District of CA

**ORDER**

IT IS HEREBY ORDERED that the Judgment & Sentencing hearing in the above-entitled matter is continued to January 22, 2013, at 9:30 a.m. before the Honorable William B. Shubb and that the filing and disclosure schedule be modified according to the new Sentencing date of January 22, 2013.

Dated:        October 22, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE